IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KATHERINE MACALPINE, | § | |
| | § | |
| *Plaintiff* | § | CASE NO.: 1:22-cv-00428 |
| | § | |
| vs. | § | JURY DEMANDED |
| | § | |
| AEGIS SECURITY INSURANCE COMPANY, | § | |
| | § | |
| *Defendant* | § | |

## JOINT MOTION FOR AGREED ORDER
## OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Katherine MacAlpine, Plaintiff herein, and Aegis Security Insurance Company, Defendant herein, and file this Joint Motion for Agreed Order of Dismissal with Prejudice, and in support thereof would show the Court as follows:

I.

The parties have settled all issues and claims between them in this matter and wish to fully and finally dispose of this lawsuit.

II.

Therefore, the parties desire that the Court sign an Agreed Order of Dismissal with Prejudice which will fully and finally dispose of all claims and issues by and between the parties, and accordingly ask the Court to sign the attached "Agreed Order of Dismissal With Prejudice" and present it to the Clerk of Court for entry.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Katherine MacAlpine and Defendant Aegis Security Insurance Company pray this Court grant their Joint Motion for Agreed Order of

Dismissal With Prejudice and sign the attached Agreed Order of Dismissal With Prejudice, and for such other and further relief as to which they may show themselves to be entitled.

By: */s/ \*Derek L. Fadner*
J. Zachary Moseley, Attorney-in-Charge
Texas Bar No. 24092863
zach@mma-pllc.com
Derek L. Fadner
Texas Bar No. 24100081
derek@mma-pllc.com
MCCLENNY MOSELEY & ASSOCIATES, PLLC
1415 Louisiana Street, Suite 2900
Houston, Texas 77002
(713) 334-6121 Telephone
(713) 322-5953 Facsimile
**ATTORNEYS FOR PLAINTIFF**
*\*Signed by permission*

**AND**

By: */s/ Jonathan R. Peirce*
Jonathan R. Peirce
jpeirce@sheehyware.com
Texas Bar No. 24088836
SHEEHY, WARE, PAPPAS & GRUBBS, P.C.
909 Fannin Street
Two Houston Center, Suite 2500
Houston, Texas 77010-1003
713-951-1000 Telephone
713-951-1199 Telecopier
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above foregoing instrument has been forwarded via e-filing in accordance with the Federal Rules of Civil Procedure on this the 24th day of May 2023 to the following counsel of record:

*Via E-service:*
J. Zachary Moseley
Derek L. Fadner
MCCLENNY MOSELEY & ASSOCIATES, PLLC
1415 Louisiana Street, Suite 2900
Houston, Texas 77002
T: 713-334-6121
F: 713-322-5953
Email: *zach@mma-pllc.com*
   *derek@mma-pllc.com*

            */s/ Jonathan R. Peirce*
            Jonathan R. Peirce

6750308