IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KATHERINE MACALPINE, § § *Plaintiff,* § § VS. § § AEGIS SECURITY INSURANCE § COMPANY, § § *Defendant.* § | CIVIL ACTION NO. 1:22-CV-00428 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Agreed Order of Dismissal with Prejudice. [Dkt. 18]. The Parties have advised that all issues and claims between them in the above-styled case have been resolved.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 25th day of May, 2023.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge